**JUDGE DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

B.M. SHIPPING GROUP SPA,

              Plaintiff,

   - against -                                  ECF CASE

ALPINE INTERNATIONAL,

              Defendant.
------------------------------------------------------------X

07 CIV 9315

*Stamped: OCT 17 2007 U.S.D.C. S.D.N.Y. CASHIERS*

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                        NONE.

Dated: October 17, 2007
        New York, NY

                                      The Plaintiff,
                                      B.M. SHIPPING GROUP SPA,

                                      By: _/s/ Charles E. Murphy_
                                      Charles E. Murphy (CM 2125)
                                      Patrick F. Lennon (PL 2162)
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      (212) 490-6050
                                      facsimile (212) 490-6070
                                      cem@lenmur.com
                                      pfl@lenmur.com