UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
B.M. SHIPPING GROUP SPA,

                Plaintiff,

- against -

ALPINE INTERNATIONAL,

                Defendant.
------------------------------------------------------------X

ECF CASE 07cv9315(GBD)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F:  APR 0-9-2008

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, this case having settled and there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The ex parte order of maritime attachment is vacated. Garnishee American Express Bank is to return to Defendant Alpine International the restrained electronic payment in the amount of about $108,296.26 to the following account:

| | |
|---|---|
| Bank Name | Indian Overseas Bank |
| Bank Address | R.K. Puram Branch, New Delhi, India |
| Account Name | Alpine International |
| Account No. | 1327 |
| SWIFT Code | IOBAINBB408 |
| Bank Tel No. | +91 11 24676323 |

Corresponding Bank in USA

| | |
|---|---|
| Bank Name | American Express Bank |
| Account No. | 712737 |
| Swift Code | AEIBUS33 |
| Chip | ABA 0159 |
| Fed | ABA 124071889 |

Dated: April 7, 2008
       Southport, CT

                      The Plaintiff,
                      B.M. SHIPPING GROUP SPA

                 By: _____
                      Charles E. Murphy (CM 2125)
                      LENNON, MURPHY & LENNON, LLC
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      Phone (212) 490-6050
                      Fax (212) 490-6070
                      cem@lenmur.com

SO ORDERED:    APR 0 9 2008

_____
HON. GEORGE B. DANIELS
United States District Judge
**HON. GEORGE B. DANIELS**

2